AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Mann, Margaret M. | 2. Court or Organization<br><br>United States Bankruptcy Court Southern District of CA | 3. Date of Report<br><br>10/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article 1 | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Southern District of California
325 West F. Street
San Diego CA 92106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 10/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Income From Law Offices of Michael T. O'Halloran |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | 05/14/2015 to 05/17/2015 | Napa, CA | Speaking at the Conference | meals and hotel |
| 2. | American Bankruptcy Institute | 09/10/15 to 09/11/15 | Las Vegas, NV | Speaking at the Conference | meals, airfare and hotel |
| 3. | National Conference of Bankruptcy Judges | 09/27/2015 to 09/30/2015 | Miami, FL | Professional Association | meals, airfare and hotel |
| 4. | American Bankruptcy Institute | 12/02/2015 to 12/03/2015 | Phoenix, AZ | Speaking at the Conference | meals, airfare and hotel |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN FUNDS GROWTH FUND OF AMERICA F1 | A | Dividend | L | T | | | | | |
| 2. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL A | A | Dividend | K | T | | | | | |
| 3. AMERICAN FUNDS EUROPACIFIC FUNDS CLASS C | B | Dividend | L | T | Buy | 05/22/15 | K | | |
| 4. Oppenheimer Steelpath MLP Income Fund C | C | Interest | L | T | | | | | |
| 5. Oppenheimer International Small Company Fund Class Y | A | Interest | L | T | | | | | |
| 6. Principal Small Mid Cap Dividend Fund Class A | C | Dividend | M | T | | | | | |
| 7. GUGGENHEIM S&P GLOBAL WATER INDEX ETF | B | Dividend | L | T | | | | | |
| 8. DELAWARE SMID CAP GROWTH CLASS C | A | Dividend | M | T | Buy | 05/22/15 | L | | |
| 9. DELAWARE SMID CAP GROWTH CLASS A | A | Dividend | K | T | | | | | |
| 10. ST OF CA VAR GEN OBLI BN TAX BE/R/ 5.750 030117 DTD 040110 | B | Interest | K | T | | | | | |
| 11. California ST Tax 6.200 100119 DTD 101509 | C | Interest | L | T | | | | | |
| 12. Coachella Vall CA USD Assur OID 98.053 | A | Interest | K | T | | | | | |
| 13. DELANO CA JT UN High Sch Build SR A | B | Interest | L | T | | | | | |
| 14. Turlock CA IRR DIST 2014 | B | Interest | L | T | | | | | |
| 15. Genworth Annuity Contract # T08013360 | A | Int./Div. | K | T | | | | | |
| 16. Wells Fargo Checking | A | Interest | J | T | | | | | |
| 17. Wells Fargo Savings | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RMA Money Market Portfolio | A | Interest | K | T | | | | | |
| 19. UBS Bank Deposit Account | A | Interest | K | T | | | | | |
| 20. Deutsche Floating Rate Fund Class A | A | Int./Div. | | | Sold | 10/23/15 | M | | |
| 21. COHEN & STEERS CLASS C REAL ESTATE SECURITIES FUND | B | Dividend | L | T | | | | | |
| 22. DEUTSCHE SHORT DURATION FUND | A | Dividend | L | T | | | | | |
| 23. UBS LIQUID ASSETS FUND | A | Dividend | K | T | | | | | |
| 24. AFLAC INC | A | Dividend | | | Sold | 07/21/15 | J | | |
| 25. BOEING | A | Dividend | K | T | | | | | |
| 26. BRITISH AMERICAN TOBACCO PLC GB SPON ADR | A | Dividend | | | Sold | 12/15/15 | J | | |
| 27. COCA COLA CO COM | A | Dividend | J | T | | | | | |
| 28. COLGATE PALMOLIVE CO | A | Dividend | K | T | | | | | |
| 29. DIAGEO PLC NEW GB SPON ADR | A | Int./Div. | J | T | | | | | |
| 30. Dominion Resources Inc. VA | A | Dividend | J | T | | | | | |
| 31. INVESCO LTD | A | Dividend | J | T | | | | | |
| 32. EMERSON ELECTRIC | A | Dividend | | | Sold | 02/15/15 | J | | |
| 33. GENL MILLS INC | A | Dividend | | | Sold | 04/23/15 | J | | |
| 34. ILLINOIS TOOL WORKS INC | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. INTEL CORP | A | Dividend | J | T | | | | | |
| 36. JOHNSON & JOHNSON COM | A | Dividend | | | Sold | 08/08/15 | J | | |
| 37. JP Morgan Large Cap Growth Fund Class C | A | Dividend | | | Sold | 06/11/15 | L | | |
| 38. MEDTRONIC | A | Dividend | K | T | | | | | |
| 39. Microsoft | A | Dividend | K | T | | | | | |
| 40. NEXTERA ENERGY INC COM | A | Dividend | K | T | | | | | |
| 41. EVERSOURCE ENERGY | A | Dividend | | | Sold | 07/21/15 | J | | |
| 42. OCCIDENTAL PETROLEUM CRP | A | Dividend | J | T | | | | | |
| 43. PEARSON PLC SPON ADR | A | Dividend | | | Sold | 07/21/15 | J | | |
| 44. Roche Hldg LTD Spons ADR Switz ADR | A | Dividend | | | Sold | 04/23/15 | J | | |
| 45. Toronto Dominion BK New Canada CAD | A | Dividend | J | T | | | | | |
| 46. PROCTER & GAMBLE CO | A | Dividend | | | Sold | 04/23/15 | J | | |
| 47. Qualcomm | A | Dividend | | | Sold | 08/18/15 | J | | |
| 48. SPDR S&P 500 ETF TR | B | Dividend | M | T | | | | | |
| 49. Travelers Cos Inc /the | A | Dividend | | | Sold | 05/22/15 | K | | |
| 50. Union Pacific Corp | A | Dividend | J | T | | | | | |
| 51. UNITED PARCEL SERVICE | A | Dividend | | | Sold | 12/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. UNTD TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 53. VF Corp | A | Dividend | K | T | | | | | |
| 54. AMERICAN FUNDS NEW WORLD FUND CLASS F | B | Interest | | | Sold | 09/22/15 | L | | |
| 55. Advisory Research MLP & Energy Income Fund Class I | C | Dividend | K | T | | | | | |
| 56. California Resources Corp. | A | Dividend | | | Sold | 04/23/15 | J | | |
| 57. NOVARTIS AG SPON ADR | A | Dividend | K | T | | | | | |
| 58. PRIME PLUS INVESTMENTS TISHMAN SPEYER LLP | A | Dividend | J | U | | | | | |
| 59. Fidelity Simple IRA for Offices of MTO'Halloran | A | Dividend | K | T | | | | | |
| 60. CALIFORNIA ST TAX BE/R/ MAND SINK FND | B | Interest | L | T | | | | | |
| 61. Cal ST Pub Works BR SR D | C | Interest | L | T | | | | | |
| 62. Cal ST SYNC CRC | B | Interest | L | T | | | | | |
| 63. BLACKROCK EQUITY DIVIDEND FUND C | B | Dividend | M | T | | | | | |
| 64. PIONEER STRATEGIC INCOME FUND CLASS C | B | Dividend | K | T | Buy | 04/23/15 | M | | |
| 65. Pioneer Strategic Income Y | D | Dividend | M | T | | | | | |
| 66. GE CAPITAL INTERNOTES NTS BE | B | Interest | | | Sold | 04/22/15 | K | | |
| 67. Pimco Foreign Bond Fund Class A | C | Interest | | | Sold | 02/05/15 | M | | |
| 68. Coachella CA WTR Auth. | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Nordstrom Inc. | A | Dividend | K | T | | | | | |
| 70. Stanley Black & Decker | A | Dividend | | | Sold | 03/17/15 | J | | |
| 71. Yum!Brands Inc. | A | Dividend | | | Sold | 10/23/15 | J | | |
| 72. LEUCADIA NAT'L CORP B/E 5.55% NEW | A | Dividend | K | T | Buy | 04/22/15 | K | | |
| 73. ANGEL OAK MULTI STRATEGY INCOME FUND CLASS C NEW | D | Dividend | M | T | Buy | 10/23/15 | L | | |
| 74. EGA Emerging Global SHS TR EG SHS India | A | Dividend | L | T | Buy | 10/25/15 | L | | |
| 75. Vanguard Financial ETF | A | Dividend | K | T | Buy | 06/12/15 | K | | |
| 76. Accenture PLC Ireland Class A | A | Dividend | J | T | Buy | 11/18/15 | J | | |
| 77. Crane Co. | A | Dividend | J | T | Buy | 04/25/15 | K | | |
| 78. Home Depot | A | Dividend | K | T | Buy | 08/18/15 | K | | |
| 79. Johnson Controls | A | Dividend | J | T | Buy | 06/21/15 | K | | |
| 80. Marsh & McLennan | A | Dividend | K | T | Buy | 09/14/15 | J | | |
| 81. McDonalds Corp | A | Dividend | J | T | Buy | 11/18/15 | J | | |
| 82. Pepsico | A | Dividend | K | T | Buy | 06/21/15 | K | | |
| 83. Rockwell Automation | A | Dividend | J | T | Buy | 02/15/15 | K | | |
| 84. Schlumberger | A | Dividend | J | T | Buy | 05/22/15 | K | | |
| 85. Texas Instruments | A | Dividend | J | T | Buy | 08/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Deutche X MSCI Japan | A | Dividend | L | T | Buy | 09/22/15 | K | | |
| 87. T Rowe Price Global Tech Fund | D | Dividend | L | T | Buy | 09/02/15 | K | | |
| 88. | | | | | Buy (add'l) | 10/23/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 10/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Due to inadvertent error, certain investments were subject to transactions in previous periods that were not reported. These transactions are listed below.

Sales in previous periods:

1. ST OF CA VAR RANS A-2 RV BE/R/ 3.000 062811 DTD 112310 was sold on June 28, 2011 for a sale amount of G. There has been no interest received on this item since then.

2. CLOROX CO. was sold on May 7, 2014 for a sale amount of J. There have been no dividends received on this item since then.

Purchases in previous periods:

1. AMERICAN FUNDS EUROPACIFIC FUNDS CLASS C was bought on May 22, 2015 but was inadvertently reported as being owned in an earlier period.

2. DELAWARE SMID CAP GROWTH CLASS C was bought on May 22, 2015 but was inadvertently reported as being owned in an earlier period.

3. PIONEER STRATEGIC INCOME was bought on April 23, 2015 but was inadvertently reported as being owned in an earlier period.

Name change for investment:

1. COHEN & STEERS REALTY INCOME FUND INC. CLASS C had its name changed to COHEN & STEERS CLASS C REAL ESTATE SECURITIES FUND.

2. NORTHEAST UTILITIES changed its name to EVERSOURCE ENERGY before it was sold.

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 10/11/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Margaret M. Mann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544